Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BACON, | ) |
| Plaintiff, | ) NO. C07-5435JKA |
| vs. | ) ORDER AMENDING |
| | ) BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on the stipulation of the parties it is hereby ORDERED that the briefing schedule be amended as follows:

    Plaintiff's brief:         December 12, 2007
    Commissioner's brief:   January 9, 2008
    Plaintiff's reply brief:    January 23, 2008

DATED this 7th day of December, 2007.

*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

VAIL-CROSS & ASSOCIATES

By:_____/s/_____
    JENNIFER M. CROSS  WSBA# 28560
    Attorney for Plaintiff

ORDER AMENDING BRIEFING SCHED. - 1

**DAVID B. VAIL,
JENNIFER M. CROSS-EUTENEIER
AND ASSOCIATES
P.O. BOX 5707
TACOMA, WASHINGTON 98415-0707
TACOMA: (253) 383-8770
SEATTLE: (253) 874-2546
OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**