# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHARON A. BACON

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5435JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of defendant.


   April 28, 2008                                                       BRUCE RIFKIN
Date                                                                    Clerk


                                                                    *s/Caroline M. Gonzalez*
                                                                    Deputy Clerk